Court of Appeal, Third Circuit, Parish of Calcasieu. 229 So.2d 449.

Writ refused. The judgment of the Court of Appeal is correct.

of Appeal there appears no error of law in the judgment complained of.

BARHAM, J., concurs in the refusal.

231 So.2d 395

231 So.2d 395

**E. Carlton GUILLOT, Jr., et al.**

v.

**HARDWARE DEALERS MUTUAL INSURANCE CO. et al.**

No. 50370.

Feb. 27, 1970.

In re: E. Carlton Guillot, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So.2d 358.

The application is denied. According to the facts of the case as found by the Court

**MICHIGAN WISCONSIN PIPE LINE COMPANY**

v.

**Larry H. MILLER et al.**

No. 50373.

Feb. 27, 1970.

In re: Michigan Wisconsin Pipe Line Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 229 So.2d 182.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.